UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY WADE PATTERSON,<br><br>    Petitioner,<br><br>  v.<br><br>KATHY MENDOZA-POWERS,<br><br>    Respondent.<br>_____/ | No. C 07-1580 SI (pr)<br><br>**JUDGMENT** |

The petition for writ of habeas corpus is dismissed for lack of jurisdiction because petitioner did not satisfy the custody requirement.

IT IS SO ORDERED AND ADJUDGED.

DATED: June 5, 2008

                                                SUSAN ILLSTON<br>                                       United States District Judge